FILED
U.S. District Court
District of Kansas

AUG 15 2025

Clerk, U.S. District Court
By [signature] Deputy Clerk

# United States District Court

## District of Kansas

Damon L. Wheeler

Plaintiff

Vs

Case #25-CV-1176

Taco Shop

Defendant

In conjunction with the United States District Court Plaintiff Damon L. Wheeler filing complaint charges with the Equal Employment Opportunity Commission Plaintiff Damon L.Wheeler entering in this motion to show cause under 29 CFR part 525 Americans with Disabilities Act, 29 CFR S. 1630.12 Retaliation and Freedom of Religion Act Title 42 chapter 21b 28 CFR 38 in the wrongful termination of Mr. Damon L. Wheeler on 7/18/2025 from Taco Shops of Wichita. On 7/16/2025 Mr. Damon L.Wheeler was retaliated against by shift lead (Alex) and then sent home by General Manager Kyle due to a disagreement with a customer about his religious tattoo that plaintiff Damon L. Wheeler has on his skin in the national manifestation from Mr. Wheeler being a Reformed member of a structuralized latino organization up until his termination. With a cause as to where employer violated Federal Statue 29 CFR part 525 due to employee Damon L.Wheeler listing he has a documented Disability but could perform job descriptive duties. Individuals at Taco shop resulted in Retaliation on Plaintiff Damon L. Wheeler mental disorder ( schizo-affective) disorder knowing employee Damon L.Wheeler was treated with medication by Comcare ( a State jurisdictional agency)under Title 21CFR 291.505(d)(1). As well to being for Taco shop plaintiff notified shift lead (Alex) of his availability and not for his responsibilities to be placed on others per assignment. Employee Damon L.Wheeler became retaliated against by shift leads notifying shift leads that he was in need of accomidations during his shift Under Federal Rule 603 can provide written statements by employee's as evidence to proceed in this suit against Taco shop for violation of Retaliation, Americans with Disabilities Act to proceed in the United States District Court in this motion complaint to show cause for the United States District Court to examine in reference for this motion to be granted on this 15th Day of August 2025

~~Damon L. Wheeler~~

~~Plaintiff~~

Damon Wheeler
408 E. Lincoln
Wichita, Ks 67211
316-205-9113