# United States District Court

**------------------------- DISTRICT OF KANSAS---------------------------**

**DAMON L. WHEELER,**

**Plaintiff,**

**v.** **Case No: 25-cv-1176-JWB**

**TACO SHOP,**

**Defendant,**

## JUDGMENT IN A CIVIL CASE

☐ Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒ Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Memorandum and Order filed April 29, 2026, Plaintiff's complaint is DISMISSED without prejudice.

__April 29, 2026________________
Date

SKYLER B. O'HARA
CLERK OF THE DISTRICT COURT

by: _s/ Joyce Roach_______________
Deputy Clerk